DANIEL J. BRODERICK, #89424
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MIGUEL GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT, )<br>)<br>  Plaintiff,                      )<br>)<br>  vs.                              )<br>)<br>MIGUEL GARCIA,                 )<br>)<br>  Defendant.                     )<br>_____ ) | CASE: 6:09-mj-00184-YNP<br><br>STIPULATION TO VACATE<br>TRIAL DATE and<br>ORDER THEREON<br><br>Court: U.S. Magistrate<br>Judge: |

    IT IS HEREBY STIPULATED by and between Billie Patrick, the acting legal officer for the National Park Service, Defendant, Miguel Garcia, and his attorney of record, Jeremy Kroger, that the Bench Trial in the above-captioned matter set for February 1, 2010, at 10:00 a.m., be vacated, and the matter be set for plea and sentencing or, alternatively, trial setting on March 16, 2010, at 10:00 a.m.

Dated: January 21, 2010                       By: /s/ Billie Patrick
                                                                   BILLIE PATRICK
                                                                   Acting Legal Officer for
                                                                   National Park Service

Dated: January 21, 2010                       By: /s/ Jeremy Kroger
                                                                    JEREMY KROGER
                                                                   Office of the Federal Defender
                                                                   Attorney for Defendant
                                                                   MIGUEL GARCIA

* * * ORDER * * *

The Court, having reviewed the above request to vacate the trial date, now set for February 1, 2010,

HEREBY ORDERS AS FOLLOWS:

1) The Trial set for January 21, 2010, is vacated.

2) The matter is now set for plea and sentencing or, alternatively, for trial setting on March 16, 2010, at 10:00 a.m.

IT IS SO ORDERED.

**Dated:   January 23, 2010**          /s/ **Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE